```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION
```

**ALEJANDRO COMACHO-LOPEZ,** )
)
        Movant, )
)
   vs. ) No. 4:05CV19-DJS
)
**UNITED STATES OF AMERICA,** )
)
        Respondent. )

### JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   30th   day of September, 2005.

                                      /s/Donald J. Stohr
                                      UNITED STATES DISTRICT JUDGE